MARC S. MAZER (SBN 081163)
mazer@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730
Fax:  (415) 421-2355

Attorneys for Defendant
SEAFOOD PEDDLER OF SAN
RAFAEL, INC. dba SEAFOOD PEDDLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>      Plaintiff,<br><br> vs.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual,<br><br>      Defendants. | Case No.: CV-120116 (JW)<br><br>**ANSWER OF DEFENDANT SEAFOOD PEDDLER OF SAN RAFAEL, INC.**<br><br>**[Jury Trial Requested]** |

  Defendant SEAFOOD PEDDLER OF SAN RAFAEL, INC., (hereinafter, "Defendant") answers Plaintiff's Complaint for Violations of Fair Labor Standards Act (the "Complaint") as follows:

ANSWER
Case No.  CV-12-0116 (JW)

1

1. Answering Paragraph 1 of the Complaint, Defendant admits that Plaintiff brings the action. Except as so admitted, Defendant denies each and every allegation contained in paragraph 1.

2. Answering paragraph 2 of the Complaint, Defendant admits the allegations contained therein.

3. Answering paragraph 3 of the Complaint, Defendant admits the allegations contained therein.

4. a. Answering paragraph 4(a) of the Complaint, Defendant admits the allegations contained therein.

b. Answering paragraph 4(b) of the Complaint, Defendant admits that Defendant Alphonse Silvestri resides in San Rafael, California, within the jurisdiction of this Court, and that he had authority to hire and fire employees. Except as so admitted, Defendant denies each and every allegation contained in paragraph 4(b).

c. Answering paragraph 4(c) of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph regarding the residence of Richard Mayfield, and on that basis denies each and every allegation in that regard. Defendant denies the remaining allegations contained in paragraph 4(c).

d. Answering paragraph 4(d) of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph regarding the residence of Fidel Chacon, and on that basis denies each and every allegation in that regard. Defendant denies the remaining allegations contained in paragraph 4(d).

5. Answering paragraph 5 of the Complaint, Defendant admits the allegations contained therein.

6. Answering paragraph 6 of the Complaint, Defendant admits the allegations contained therein.

7. Answering paragraph 7 of the Complaint, Defendant denies the allegations contained therein.

ANSWER
Case No. CV-12-0116 (JW)

2

8. Answering paragraph 8 of the Complaint, Defendant denies the allegations contained therein.

9. Answering paragraph 9 of the Complaint, Defendant denies the allegations contained therein.

10. Answering paragraph 10 of the Complaint, Defendant denies the allegations contained therein.

Dated: March 2, 2012      BENJAMIN, WEILL & MAZER
A Professional Corporation

                                   /s/
MARC S. MAZER
Attorneys for Defendant
SEAFOOD PEDDLER OF SAN RAFAEL, INC. dba SEAFOOD PEDDLER

## DEMAND FOR JURY TRIAL

Defendant SEAFOOD PEDDLER OF SAN RAFAEL, INC. hereby demands trial by jury of all issues to the extent allowed by law.

Dated: March 2, 2012      BENJAMIN, WEILL & MAZER
A Professional Corporation

                                   /s/
MARC S. MAZER
Attorneys for Defendant
SEAFOOD PEDDLER OF SAN RAFAEL, INC. dba SEAFOOD PEDDLER

# CERTIFICATE OF SERVICE

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 235 Montgomery Street, Suite 760, San Francisco, CA 94104. On this date, I caused the following document(s) to be served:

**ANSWER OF DEFENDANT SEAFOOD PEDDLER OF SAN RAFAEL, INC.**

to the addressee(s) shown below:

| | |
|---|---|
| Mattaniah Eytan<br>Howard Clark Underwood<br>Law Offices of Mattaniah Eytan<br>21 Tamal Vista Boulevard, Suite 219<br>Corte Madera, CA 94925 | |
| Leon Edward Pasker<br>U.S. Department of Labor<br>Office of the Solicitor<br>90 7th St., Suite 3-700<br>San Francisco, CA 94103 | |

[XX] **MAIL** -- I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ] **PERSONAL SERVICE** -- Document(s) delivered by hand to the addressee.

[ ] **FACSIMILE** -- By causing a copy of said document(s) to be transmitted by facsimile, pursuant to agreement between the party(ies), to the telephone number listed adjacent to the name on this Proof of Service.

[ ] **FEDERAL EXPRESS**: I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2012.

                           /s/
                     MARC S. MAZER

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730