**IT IS SO ORDERED**

Judge James Ware

MARC S. MAZER (SBN 081163)
mazer@bwmlaw.com
KENNETH D. SCHNUR (SBN 124588)
schnur@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

Attorneys for Defendant
SEAFOOD PEDDLER OF SAN
RAFAEL, INC. dba SEAFOOD PEDDLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>  Plaintiff,<br><br>vs.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual,<br><br>  Defendants. | Case No.: CV12-0116 JW |

**STIPULATION RESCHEDULING DEADLINES SET FORTH IN THE COURT'S**

**SCHEDULING ORDER DATED APRIL 18, 2012**

STIPULATION RE SCHEDULING                1
Case No. CV-12-0116 (JW)

The parties hereto, by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties agree to continue the dates set forth in the Court's Scheduling Order dated April 18, 2012 (the "Scheduling Order"), as set forth hereinafter.

2. The parties agree to continue the discovery cut-off in this matter from December 17, 2012 to February 17, 2013, and to continue all other dates in the Scheduling Order that are associated with the discovery cut-off.

3. The parties agree that this request for continuance is necessary due to the respective schedules of counsel, and the numerous calendar conflicts, including trials, vacations and other matters, which have and will delay completion of discovery in this matter. The parties anticipate that there may be as many as 40 depositions (most of which relate to non-party witnesses) in this matter (agreed to by the parties in the initial disclosure statements) which will be delayed for various reasons. For instance, Plaintiff's counsel has been unavailable due to a trial in June and July, 2012, and continues to be unavailable at other times through the end of the year due to trials in unrelated matters and vacation. Defendant's counsel will be unavailable for several weeks in October due to vacation. The various calendar conflicts has prevented the parties from scheduling depositions for several months and will continue to cause delays during the latter part of the year when counsel has additional trials set. Additionally, a significant discovery dispute has arisen pertaining to the production of Plaintiff's documents which has caused further delay of the deposition process.

4. In reliance upon Plaintiff's counsel's representation that additional counsel from the Office of the Solicitor will be available to appear for non-party depositions, the Parties agree that a two month extension will allow them to complete discovery in this case in accordance with the proposed revised schedule set forth hereinafter. However, the Parties agree that unforeseen delays may impede the completion of discovery within the proposed revised schedule, and that neither party waives the right to request additional time to complete discovery based on unforeseen events.

STIPULATION RE SCHEDULING
Case No. CV-12-0116 (JW)

2

5. Failure to obtain the continuances set forth herein will prevent the parties from completing discovery essential for the preparation for trial, or in the alternative, will force the parties to schedule and complete discovery on dates when opposing counsel may not be available.

6. Therefore, the parties jointly request that the Court approve the following revised schedule, which reflects a two month extension of time:

| | |
|---|---|
| Close of All Discovery | February 17, 2013 |
| Last Date for Hearing Dispositive Motions (*60 days after the Close of All Discovery*) | April 18, 2013 |
| Preliminary Pretrial Conference (*30 days before the Close of All Discovery*) | January 18, 2013 |
| Preliminary Pretrial Conference Statements (*Due 10 days before Conference*) | January 8, 2013 |
| Disclosure of Expert Witnesses (*63 Days before Close of All Discovery*) | December 16, 2012 |
| Disclosure of Rebuttal Expert Witnesses (*49 Days before Close of All Discovery*) | December 30, 2012 |
| Last Date for Hearing on Motion to Exclude Expert or Expert's testimony (*42 Days after both Expert and Rebuttal Expert Disclosures on a Monday*) | February 11, 2013 |

7. The parties agree that all other portions of the Scheduling Order not affected by this scheduling request shall remain as set forth in the Scheduling Order. Plaintiff authorizes Defendants to file this Stipulation with the Court and seek the Order from this Court to implement it.

AGREED:

                                                BENJAMIN, WEILL & MAZER
                                                A Professional Corporation

Dated: July _____, 2012                _____
                                                Marc S. Mazer
                                                Attorneys for Defendant
                                                SEAFOOD PEDDLER OF SAN RAFAEL, INC. dba SEAFOOD PEDDLER

**BENJAMIN, WEILL & MAZER**
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

LAW OFFICES OF MATTANIAH EYTAN

Dated: July _____, 2012

_____
Mattaniah Eytan
Attorneys for Defendants
ALPHONSE SILVESTRI, RICHARD MAYFIELD
and FIDEL CHACON

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR

Dated: July _____, 2012

_____
Leon Pasker
Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 7, 2012

_____
HON. JAMES WARE
United States District Chief Judge

STIPULATION RE SCHEDULING
Case No. CV-12-0116 (JW)

4