# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>  Plaintiff,<br><br>  v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>  Defendants. | Case No. 12-cv-00116 PJH (NC)<br><br>**PRELIMINARY ORDER RE: DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 43 |

This order preliminarily addresses the issues raised by joint letter brief on September 7, 2012, in docket entry 43. By September 14, the Secretary must e-file the protective order that she proposes. Also by September 14, defendants must file under seal, and serve on the Secretary, evidence to support their allegation that "certain" employees "have dealt with false documents." In that same filing, defendants must identify each document that defendants desire to use during their depositions of witnesses concerning the deponents' immigration status.

The Court will consider the issues raised in the letter brief at the hearing scheduled on September 19 at 1:00 p.m. in Courtroom A, 15th Floor, San Francisco Courthouse. No further briefing is permitted without leave of Court.

DATED: September 10, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-00116 PJH (NC)
PRELIM. ORDER RE LETTER BRIEF