UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA L SOLIS,

    Plaintiff(s),

    v.

SEAFOOD PEDDLER OF SAN RAFAEL, INC., et al.

    Defendant(s).

No. C 12-0116 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Cousins for resolution of Defendant's Motion Seeking Order Overruling Plaintiff's Assertion of Privileges over Documents Described in Privilege Log and Compelling Plaintiff to Produce, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: September 10, 2012

                                                    PHYLLIS J. HAMILTON
                                                  United States District Judge