United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA L. SOLIS,

    Plaintiff(s),

v.

SEAFOOD PEDDLER OF SAN RAFAEL,

    Defendant(s).

_____/

No. C 12-0116 PJH

**ORDER RE OBJECTIONS TO DISCOVERY ORDER**

Before the court are the objections filed by both parties to Magistrate Judge Cousins' discovery order of September 24, 2012. By operation of Civil L.R. 72-2, the motions for relief from the order are deemed denied if no action by the district court is taken within 14 days of the date the motions are filed. Typically, no responses are permitted and no hearing is held. However, the court has reviewed the motions and has determined that an appearance of counsel is required to answer questions not answered by the parties' papers. The court would prefer that any additional briefing come after a hearing. Accordingly, by this order the court suspends operation of Rule 72-2 pending an appearance by counsel. The court had hoped to resolve these objections quickly and informally, but has been advised that all counsel are unavailable for an appearance on October 17, 2012, as requested. The parties shall therefore confer and submit a stipulation for a hearing on October 31 or November 1, 2012 at 9:00 a.m. If counsel is unavailable for either of these dates, the hearing will be held in conjunction with the case management conference on November 15, 2012 at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated: October 11, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge