UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA L. SOLIS,

        Plaintiff(s),                                    No. C 12-0116 PJH

        v.                                           **ORDER RE OBJECTIONS TO DISCOVERY ORDER**

SEAFOOD PEDDLER OF SAN RAFAEL,

        Defendant(s).

_____/

        Before the court are the objections filed by defendant to Magistrate Judge Cousins' discovery order of October 16, 2012. By operation of Civil L.R. 72-2, the motion for relief from the order is deemed denied if no action by the district court is taken within 14 days of the date the motions are filed. Typically, no responses are permitted and no hearing is held. However, in this case, the court has already scheduled a hearing to discuss discovery issues during the November 15, 2012 case management conference. The court will address defendant's current objections at that same hearing. Accordingly, by this order the court suspends operation of Rule 72-2 pending the outcome of the November 15 hearing.

**IT IS SO ORDERED.**

Dated: November 13, 2012

                                                       _____
                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge