UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>Defendants. | Case No. 12-cv-0116 PJH (NC)<br><br>**ORDER TO SUBMIT RESPONSE TO DISCOVERY LETTER**<br><br>Re: Dkt. No. 94 |

The Secretary of Labor submitted a letter brief seeking a protective order prohibiting defendants from (1) asking any witness questions about, or requesting documents relating to, employees' immigration status; (2) requesting documents that are private personnel files; and (3) requesting documents from any witness before August 20, 2013 that may reflect communications between any person and DOL. By June 24, 2013 at 5:00 p.m., defendants must file in ECF a response to plaintiff's letter.

IT IS SO ORDERED.

Date: June 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-0116 PJH (NC)
ORDER TO SUBMIT RESPONSE TO DISCOVERY LETTER