# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>Defendants. | Case No. 12-cv-0116 PJH (NC)<br><br>**ORDER RE: SUPPLEMENTAL DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. Nos. 98, 101 |

This order addresses the Secretary of Labor's request for clarification, Dkt. No. 101, of the Court's June 25, 2013 order, Dkt. No. 98. After considering the request, the Court orders as follows:

1. By June 27, 2013, the Secretary of Labor must provide both Martin Flores and Hector Hernandez with a copy of this order and the Court's June 25, 2013 order.

2. Martin Flores and Hector Hernandez may each submit an optional letter brief regarding this discovery dispute by July 1, 2013.

IT IS SO ORDERED.

Date: June 26, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-0116 PJH (NC)
ORDER RE: SUPPLEMENTAL
DISCOVERY LETTER BRIEF