UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>Defendants. | Case No. 12-cv-0116 WHO (NC)<br><br>**ORDER RE: INDIVIDUAL DEFENDANTS' REQUEST TO SUBMIT DOCUMENTS AND FURTHER BRIEFING**<br><br>Re: Dkt. Nos. 103, 104 |

This order addresses the two letters filed by the individual defendants seeking permission to submit evidence supporting their position pertaining to the discovery matter before the Court, and a response to any letter brief filed by Hector Hernandez. Dkt. Nos. 103, 104. By July 1, 2013, the individual defendants may submit "relevant portions of the transcripts of the deposition of Mr. Hernandez and DOL investigator Michael Eastwood which support [the individual defendants'] position for why this discovery is relevant and necessary." Dkt. No. 103. No further briefs may be filed without leave of Court. The Court will hear arguments on this discovery dispute at the July 3, 2013 hearing.

IT IS SO ORDERED.

Date: June 27, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge