JANET M. HEROLD
Regional Solicitor
LEON PASKER (Hawaii State Bar No. 8505)
Senior Trial Attorney
ROSE DARLING (Cal Bar No. 243893)
Trial Attorney
BENJAMIN BOTTS (Cal Bar. No. 274542)
Trial Attorney
NATALIE NARDECCHIA (Cal Bar. No. 246486)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7743
Facsimile: (415) 625-7772
email: pasker.leon@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual,<br><br>　　　　　Defendants. | Case Number: 12-cv-0116 (WHO/NC)<br><br>**JOINT STIPULATION RE: DEADLINE FOR FILING DISCOVERY MOTIONS AND CONTINUANCE OF HEARING DATE** |

　　　The parties in the above-titled action submit this Joint Stipulation Re: Deadline for Filing Discovery Motions and Continuance of Hearing Date.

JOINT STIPULATION
CASE NO. 12-CV-00116　　　　　　　　　　　1

WHEREAS, on July 5, 2013, the Court issued an Order Re: Discovery Dispute (Dkt. No. 111);

WHEREAS the Court therein directed the parties to file various discovery-related motions and a joint discovery letter by July 17, 2013, and also scheduled dates for filing opposition and reply documents (hereinafter collectively "discovery-related motion documents");

WHEREAS the Court set a hearing date of August 21, 2013 for motions related to said discovery-related motion documents; and

WHEREAS, due to various scheduling conflicts of counsel and the parties' ongoing efforts to meet and confer, counsel for all parties require and hereby request additional time to prepare and file the aforementioned discovery-related motions and said joint discovery letter;

NOW, THEREFORE, the parties stipulate and agree as follows:

1.  The parties agree to a one week extension of the deadline to file all the discovery-related motion documents addressed in the Court's July 5, 2013 Order and that, accordingly, the new deadline for filing the discovery-related motions and joint discovery letter should be July 24, 2013.

2.  The parties also agree that the hearing date for said discovery-related matters be continued for one week from August 21, 2013 to August 28, 2013.

The parties therefore respectfully request that the Court continue the deadline for filing the aforementioned discovery-related documents to July 24, 2013.  The parties also respectfully request that the Court continue the hearing date for said discovery matters to August 28, 2013.

///

JOINT STIPULATION
CASE NO. 12-CV-00116                                2

AGREED:

Date: July 15, 2013                __/s/ Natalie Nardecchia__

Natalie Nardecchia
Attorneys for the Plaintiff
U.S. DEPARTMENT OF LABOR,
OFFICE OF THE SOLICITOR


BENJAMIN, WEILL & MAZER
A Professional Corporation

Date: July 15, 2013                __/s/ Marc Mazer_____
Marc S. Mazer
Attorneys for Defendant
SEAFOOD PEDDLER OF SAN RAFAEL,
INC. dba SEAFOOD PEDDLER


LAW OFFICES OF MATTANIAH EYTAN

Date: July 15, 2013                __/s/ Mattaniah Eytan_____
Mattaniah Eytan
Attorneys for Defendants
ALPHONSE SILVESTRI, RICHARD
MAYFIELD, and FIDEL CHACON


**ORDER**

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.

Dated: __July 16, 2013_____

HON. [signature: IT IS SO ORDERED / Judge Nathanael M. Cousins]
United States [Magistrate Judge]

JOINT STIPULATION
CASE NO. 12-CV-00116                                      3