JANET M. HEROLD
Regional Solicitor
LEON PASKER (Hawaii State Bar No. 8505)
Senior Trial Attorney
ROSE DARLING (Cal Bar No. 243893)
Trial Attorney
BENJAMIN BOTTS (Cal Bar. No. 274542)
Trial Attorney
NATALIE NARDECCHIA (Cal Bar. No. 246486)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7743
Facsimile: (415) 625-7772
email: pasker.leon@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual,<br><br>Defendants. | Case Number: CV-12-0116 (WHO/NC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXPEND DEADLINE FOR FILING JOINT CASE MANAGEMENT STATEMENT** |

Seth D. Harris, Acting Secretary of Labor, United States Department of Labor ("Secretary"), has requested that this Court issue an Order continuing the

1

deadline for filing the Joint Case Management Statement by one week, to July 19, 2013.

Having considered the Secretary's request and the lack of any filing in opposition thereto, the Court ORDERS that the request be granted and that the deadline for filing the Joint Case Management Statement shall be continued to July 19, 2013.

Dated: __July 16, 2013__   _____
WILLIAM H. ORRICK
United States District Judge


Presented by:
M. PATRICIA SMITH
Solicitor of Labor

JANET HEROLD
Regional Solicitor


____/s/_ *NATALIE A. NARDECCHIA*_____
NATALIE A. NARDECCHIA, Attorney
Attorneys for the Petitioner, U.S. Department of Labor

2