UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH D. HARRIS, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>    Defendants. | Case No. 12-cv-00116 WHO (NC)<br><br>**ORDER GRANTING IN PART, DENYING IN PART DEFENDANTS' EX PARTE DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 128 |

This order responds to the issues raised by defendants' ex parte discovery letter brief filed earlier today. In sum, defendants assert that plaintiff has refused to meet and confer on pending discovery issues and seek an order (1) compelling plaintiff to meet and confer; and (2) extending the time period for the submission of a joint letter brief (Dkt. No. 119). The Court rules as follows:

1. The Court extends the July 24 deadline to July 26, 2013 at noon.
2. The Court reaffirms its order that the parties must meet and confer on discovery issues before filing discovery motions.

Case No. 12-cv-00116 WHO (NC)
ORDER RE: LETTER BRIEF

3. If counsel are unable to coordinate a discovery "meet and confer" by July 24, 2013 without Court supervision, lead counsel for all parties are ordered to appear in Courtroom A, 15th Floor, San Francisco federal courthouse, on July 25, 2013, at 1:30 p.m., to confer under court supervision. A failure to appear may be punished by sanctions against client and counsel, to the fullest extent permitted by law.

4. The remaining relief requested by the defendants is denied without prejudice, pending further conferring and briefing by the parties.

5. The August 28, 2013 discovery hearing remains on calendar.

Any party may object to this non-dispositive discovery order within 14 days under Fed. R. Civ. P. 72.

IT IS SO ORDERED.

Date: July 23, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-00116 WHO (NC)
ORDER RE: LETTER BRIEF          2