# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS,<br><br>      Plaintiff,<br><br>      v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., et al.,<br><br>      Defendants. | Case No. 12-cv-00116-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 155 and 157 |

The Secretary of Labor has requested, over objection, to continue the September 10, 2013, Case Management Conference date because his lead trial counsel will be out of town on a pre-paid vacation and because there are pending discovery issues before the Honorable Nathaniel Cousins, which should be decided soon, that will affect matters to be discussed at the Conference.

The Secretary's request is GRANTED, and the Case Management Conference is continued until September 24, 2013. If that date poses a conflict for defense counsel, counsel should call the Courtroom Deputy, Ms. Jean Davis, at (415) 522-2077 to select October 1, 2013, instead.

**IT IS SO ORDERED.**

Dated: September 3, 2013



WILLIAM H. ORRICK
United States District Judge