MARC S. MAZER (SBN 081163)
mazer@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
90 New Montgomery Street, Suite 1400
San Francisco, California 94105
Telephone: (415) 421-0730

Attorneys for Defendant
SEAFOOD PEDDLER OF SAN
RAFAEL, INC. dba SEAFOOD PEDDLER

MATTANIAH EYTAN (State Bar No. 68561)
DAVID T. CHAPMAN (State Bar No. 207900)
LAW OFFICES OF MATTANIAH EYTAN
21 Tamal Vista Blvd., Suite 219
Corte Madera, CA  94925
Telephone:  (415) 399-1000
Facsimile:  (415) 399-1088

Attorneys for Defendants, Alphonse Silvestri,
Richard Mayfield and Fidel Chacon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual,<br><br>Defendants. | Case No.: CV-12-0116 (WHO/NC)<br><br>**ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR MORTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE UNDER CIV. L.R. 72-2**<br><br>Hon. William H. Orrick |

Defendants filed an administrative motion under Civ. L.R. 7-11 requesting to exceed the usual five-page limit for a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge under Civ. L.R. 72-2. Defendants requested five additional pages of briefing, for a total of 10 pages, and Plaintiff has stipulated to Defendants' request.

Having considered this matter based on the papers before me, I find and order as follows:

Good cause appearing, Defendants' Administrative Motion to Exceed Page Limit for Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Under Civ. L.R. 72-2 is hereby GRANTED. Defendants' brief shall not exceed 10 pages.

SO ORDERED.

Dated: September 19, 2013

_____
United States District Judge

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
90 NEW MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94105
(415) 421-0730

ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION FOR ADDITIONAL PAGES
Case No. CV-12-0116 (WHO)