UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SETH D. HARRIS,

    Plaintiff,

    v.

SEAFOOD PEDDLER OF SAN RAFAEL, INC., et al.,

    Defendants.

Case No. 12-cv-00116-WHO

**ORDER DELAYING DISCLOSURE OF CONFIDENTIAL INFORMANT**

Re: Dkt. No. 169

Plaintiff Thomas E. Perez, Secretary of Labor, has filed an Emergency Motion to Stay Compliance with Magistrate Judge Cousins' September 10, 2013 Order re Confidential Informant's Privilege Pending Court's Decision on Secretary's Motion for relief from Order under Civil L.R. 72-2. The date for disclosure is scheduled for the same day as the Case Management Conference-- September 24, 2013.  The Court will take up this issue at the Case Management Conference and will not require Plaintiff to disclose the confidential informant(s) until further order of the Court. Defendants may, but need not, file a response to the emergency motion on or before the end of business on September 23, 2013.  The Court will address the Secretary's Notice of Motion and Motion For Relief From Nondispositive Order of Magistrate Judge in the normal course.

**IT IS SO ORDERED**.

Dated: September 20, 2013

WILLIAM H. ORRICK
United States District Judge