# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>Defendants. | Case No. 12-cv-0116 WHO (NC)<br><br>**ORDER EXTENDING DEADLINE TO FILE LETTER BRIEF**<br><br>Re: Dkt. No. 173 |

The parties' joint request, Dkt. No. 173, to extend the deadline to file a joint letter brief as ordered by this Court in the "Second Order Re: Discovery Disputes," Dkt. No. 162, is GRANTED. The new deadline to file the joint letter brief is September 26, 2013.

IT IS SO ORDERED.

Date: September 23, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge