# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>    Defendants. | Case No. 12-cv-00116 WHO (NC)<br><br>**ORDER ADDRESSING SECRETARY'S MOTION TO CONTINUE HEARING ON DISCOVERY SANCTIONS AND UNPROFESSIONAL CONDUCT**<br><br>Hearing: April 30, 2014, 11:30 a.m.<br><br>Re: Dkt. 259 |

The Court responds to the Secretary's request to continue the April 30 hearing. Dkt. 259. Because the Secretary's counsel did not confer with defendants' counsel before filing the motion, the Court does not know whether defendants support or oppose the relief requested.

The Court is inclined to grant in part the relief requested and to move the hearing to May 7 at 1:00 p.m. The reason to extend the hearing would be so that Mr. Pasker could participate in person. The Secretary's motion does not explain why Mr. Pasker could not be present on May 7.

Case No. 12-cv-00116 WHO (NC)
ORDER RE: MOTION TO CONTINUE

1 | Defendants are ordered to file a response to this order by April 25 at noon, stating
2 | whether they have any opposition to moving the hearing to May 7 at 1:00 p.m., and if
3 | they do, choosing either April 30 at 4:00 p.m. or May 14 at 2:00 p.m. in the alternative.
4 | The Secretary's motion to continue is taken under submission.
5 | IT IS SO ORDERED.
6 | Date: April 24, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-00116 WHO (NC)
ORDER RE: MOTION TO CONTINUE

2