UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER; ALPHONSE SILVESTRI; RICHARD MAYFIELD; FIDEL CHACON,<br><br>Defendants. | Case No. 12-cv-00116 WHO (NC)<br><br>**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED**<br><br>Re: Dkt. No. 232 |

The Court previously ordered the Secretary to show cause why Leon Pasker, Senior Trial Attorney and counsel for the U.S. Department of Labor should not be referred to the Court's Standing Committee on Professional Conduct in connection with an unprofessional email sent to opposing counsel in this case. Dkt. No. 232. The Court held a hearing on the order to show cause on June 4, 2014. Having considered the record, the responses to the order to show cause, and the arguments presented by counsel at the hearing, the Court finds that the order to show cause is satisfied.

IT IS SO ORDERED.

Date: June 5, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge