UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-00116-WHO<br><br>**ORDER RE PRETRIAL SUBMISSIONS** |

Defendants have failed to submit their portion of the pretrial statement as required by the Court's Civil Pretrial Order (Docket No. 191). Defendants shall file their pretrial statement by 12:00 p.m. on August 7, 2014.

The parties have failed to submit the required JOINT set of jury instructions. The parties shall file the required JOINT set of proposed jury instruction by 5:00 p.m. on August 7, 2014. The joint set of instructions shall list each jury instruction in the order it should be read to the jury, noting which are agreed to and which are contested. Where contested, the parties should provide specific authority that supports their proposed instruction.

**IT IS SO ORDERED**.

Dated: August 5, 2014

_____
WILLIAM H. ORRICK
United States District Judge