JANET M. HEROLD
Regional Solicitor
LEON PASKER (Hawaii State Bar No. 8505)
Senior Trial Attorney
ROSE DARLING (Cal Bar No. 243893)
Trial Attorney
BENJAMIN BOTTS (Cal Bar. No. 274542)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7743
Facsimile: (415) 625-7772
email: pasker.leon@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | Case Number: 12-cv-0116 (WHO/NC) |
| Plaintiff, | |
| vs. | **ORDER RE: COURT ACCESS TO DELIVER MATERIALS FOR AUGUST 25, 2014 TRIAL** |
| SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual, | **Hon. William H. Orrick** |
| Defendants | |

1  The Court hereby ORDERS that Benjamin Botts, Leon Pasker and Rose Darling, counsel
2  for the U.S. Secretary of Labor in this case, may access the Court building located at 450 Golden
3  Gate Ave., San Francisco, CA 94102 on August 22, 2014 at approximately 3:45 p.m. through the
4  Court's loading dock.
5  Counsel for the Secretary will be bringing approximately 20 banker's boxes, 4 dollies to
6  transport the boxes, and an amplified speaker for playing an audio recording at trial. Counsel
7  will deliver these materials to Courtroom 12, 19th Floor.
8  IT IS SO ORDERED.

13  Dated: Auust 22, 2014

GRANTED
[signature]
Judge William H. Orrick

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

ORDER RE: COURT ACCESS
CASE NO. 12-CV-0116 (WHO/NC)
1