UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ,

            Plaintiff,

    v.

SEAFOOD PEDDLER OF SAN RAFAEL, INC., et al.,

            Defendants.

Case No.  12-cv-00116-WHO

**ORDER JURY REFRESHMENTS**

    **IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning  August 26, 2014, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 12, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

Dated: August 22, 2014

_____

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California