UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., et al.,<br><br>　　　　Defendants. | Case No.　12-cv-00116-WHO<br><br>**ORDER RE ESAU SANTOS STATEMENT** |

Attached is the January 30, 2012, statement by Esau Santos (Arodi Esau), with redactions approved by the Court.  Counsel shall prepare copies of this redacted statement, consistent with this Order, and bring them for use in court if desired.

**IT IS SO ORDERED**.

Dated: September 8, 2014

　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge