JANET M. HEROLD
Regional Solicitor
LEON PASKER (Hawaii State Bar No. 8505)
Senior Trial Attorney
ROSE DARLING (Cal Bar No. 243893)
Trial Attorney
BENJAMIN BOTTS (Cal Bar. No. 274542)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7743
Facsimile: (415) 625-7772
email: pasker.leon@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SEAFOOD PEDDLER OF SAN RAFAEL, INC., dba SEAFOOD PEDDLER, a corporation; ALPHONSE SILVESTRI, an individual, RICHARD MAYFIELD, an individual, and FIDEL CHACON, an individual,<br><br>Defendants | Case Number: 12-cv-0116 (WHO/NC)<br><br>**STIPULATED REQUEST TO EXTEND DEADLINES FOR OPPOSITIONS AND REPLIES RE: EAJA MOTIONS (DKT. NOS. 493 & 501); AND TO CONTINUE HEARING DATE UNTIL JANUARY 21, 2015**<br><br>**Hon. William H. Orrick** |

Defendants Richard Mayfield and Fidel Chacon filed a motion for costs under the Equal Access for Justice Act (EAJA) on October 30, 2014 (Dkt. No. 493); and a motion for attorneys' fees under EAJA on October 31, 2014 (Dkt. No. 501). The Secretary's oppositions to these motions are currently due to be filed on November 13 and 14, 2014. In order to provide the Secretary sufficient time to fully respond to these motions, the parties hereby agree to a two-week extension of time for the oppositions, until November 28, 2014; and a corresponding two-week extension of time for the replies of Mr. Mayfield and Mr. Chacon until December 19, 2014.

In order to accommodate scheduling conflicts with the holiday season and parental leave for the Secretary's counsel scheduled through January 16, 2015, the parties further agree to continue the hearing date from December 10, 2014, until January 21, 2015 at 2:00 p.m.

AGREED:

Dated: November 10, 2014

/s/
Benjamin Botts
U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
Attorneys for Plaintiff

LAW OFFICES OF MATTANIAH EYTAN

Dated: November 10, 2014

/s/
Mattaniah Eytan
Attorneys for Defendants Richard Mayfield and Fidel Chacon

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 10, 2014

HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION RE EAJA MOTIONS
CASE NO, 12-CV-0116 (WHO/NC)

1